**Order filed December 4, 2014**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-14-00474-CR

———————

**ANDRE NIGEL  BENNETT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 174th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1357744**

---

## ORDER

On October 28, 2014, notice was sent to appointed counsel, Glenn J. Youngblood, as follows:

We have received your appellate brief filed under the authority of *Anders v. California*, 386 U.S. 738 (1967). To comply with *Anders,* the Court of Criminal Appeals now requires you to notify your client of his/her right to access the appellate record and provide him/her with a form motion for pro se access to the appellate record. *See Kelly v. State*, No. PD-0702-13; — S.W.3d — 2014 WL 2865901 (Tex.

Crim. App. June 25, 2014).

In compliance with *Kelly,* please provide the court with an amended transmittal letter in which you provide your client with a form motion for pro se access to the appellate record. An example of a form motion is attached. Please file the amended transmittal letter within 20 days.

As of this date, the court has not received the requested documentation. Accordingly, we order Glenn J. Youngblood to file an amended transmittal letter in which you notify your client of his/her right to access the appellate record and provide him/her with a form motion for pro se access to the appellate record within 10 days of the date of this order.

PER CURIAM